No.——

First Circuit

——

DARENSBOURG v. CASSANO, ET ALS.

——

(April 11, 1928.   Opinion and Decree.)
(May 8, 1928.   Rehearing Refused.) .

——

(*Syllabus by the Editor.*)

1. **Louisiana Digest—Automobiles—Par. 8; Pleading—Par. 56.**
Where one is hurt by the negligence of the drivers of two automobiles which collided he can sue both for damages in solido.   Exception misjoinder is overruled allowing each defendant to sever his defense from that of the other.

Appeal from District Court, East Baton Rouge.  Hon. Geo. K. Favrot, Judge.

Action by H. H. Darensbourg against Henry Cassano, et als.

There was judgment for defendant and plaintiff appealed.

Judgment reversed, exception of misjoinder overruled, and case remanded to lower court for trial.

Taylor and Parker, of Baton Rouge, attorneys for plaintiff, appellant.

D. J. Sanchez, of Baton Rouge, attorney for Henry Cassano, defendant, appellee, and Cross & Moyse, of Baton Rouge, attorneys for J. L. Jeffries, defendant and appellee.

ELLIOTT, J.   The petition, exceptions and judgment in this case, are, in all respects like that in the case of Joseph A. Patin vs. the same defendants, except that this suit was brought by H. H. Darensbourg.

For the reasons given by this Court in the suit of Joseph Patin vs. Henry Cassano, et als., this day decided, the judgment appealed from herein is annulled, avoided and set aside.

The exception of misjoinder filed by Henry Cassano and that by J. L. Jeffries are overruled, and the case is remanded to the lower court to be proceeded with in the manner and form prescribed by law.

Defendants to pay the cost of the exception and the cost of appeal.